IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perry, Marilyn F

Printed: 10/29/08

Case Number: 07 B 10794
Judge: Wedoff, Eugene R

Filed: 6/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,050.00 |  |
| Secured: |  | 899.13 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,978.59 |
| Trustee Fee: |  | 172.28 |
| Other Funds: |  | 0.00 |
| Totals: | 3,050.00 | 3,050.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,274.00 | 1,978.59 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 10,189.43 | 764.13 |
| 4. | Cook County Treasurer | Secured | 590.00 | 135.00 |
| 5. | America's Servicing Co | Secured | 1,891.49 | 0.00 |
| 6. | Cook County Treasurer | Unsecured | 0.74 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 33.36 | 0.00 |
| 8. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 12.53 | 0.00 |
| 9. | Wells Fargo Financial Illinois Inc | Unsecured | 80.34 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 96.67 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 459.17 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 43.06 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 250.00 | 0.00 |
| 14. | Capital One | Unsecured | 712.55 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 73.66 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 459.17 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 59.84 | 0.00 |
| 18. | CitiFinancial | Unsecured | 1,448.30 | 0.00 |
| 19. | DaimlerChrysler Servs North America | Secured |  | No Claim Filed |
| 20. | Remegio Vilbar MD | Unsecured |  | No Claim Filed |
| 21. | CM Healthcare | Unsecured |  | No Claim Filed |
| 22. | St Francis | Unsecured |  | No Claim Filed |
| 23. | RMCB | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,674.31 | $ 2,877.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perry, Marilyn F

Printed: 10/29/08

Case Number: 07 B 10794
Judge: Wedoff, Eugene R
Filed: 6/15/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 131.77 |
| 6.5% | 40.51 |
| | $ 172.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

